IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00057-CMA-BNB

ALEXI ATENCIO,

    Plaintiff,

v.

BITECH, INC. d/b/a PERFORMANCE BICYCLE SHOP, INC. a/k/a PERFORMANCE BIKE DENVER a/k/a PERFORMANCE BICYCLE
MARTEC INDUSTRIAL, INC. a/k/a MARTEK, a/k/a MARTEC INDUSTRIAL CORPORATION,
LONGDA TECHNOLOGIES, LTD.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 31 2012
GREGORY C. LANGHAM
CLERK

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court for the District of Colorado, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the above captioned Civil proceeding currently pending before this Court.

Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations that the Defendants' negligence in the design, manufacture and sale of the bicycle and bicycle parts in question caused Plaintiff to suffer injury and damages. Plaintiff seeks judgment including, but not limited to, damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **Martec Industrial, Inc. (also known as Martek**

& Martec Industrial Corporation), can presently be served at the following address:

**1283 Jin Ai Rd**
**Chun Nan, Miaoli**
**TAIWAN**

This Court respectfully requests that you cause one copy of the attached Summons in a Civil Action, Additional Defendants and Designation and Amended Complaint and Jury Demand, with Chinese translations thereof, to be served upon **Martec Industrial, Inc. (also known as Martek & Martec Industrial Corporation)**, at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Martec Industrial, Inc. (also known as Martek & Martec Industrial Corporation)** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, The Law Office of Tamás Viski-Hánka, 501 South Cherry Street, Suite 1060, Denver, Colorado 80246 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

January 31, 2012
DATE

[seal]

Honorable Magistrate Judge, Boyd N. Boland
United States District Court for the District
Of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
Denver, Colorado 80294-3589
Telephone: (303) 844-6408