IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00057-CMA-BNB

ALEXI ATENCIO,

Plaintiff,

v.

BITECH, INC., d/b/a Performance Bicycle Shop, Inc., a/k/a Performance Bike Denver a/k/a Performance Bicycle,
MARTEC INDUSTRIAL, INC., a/k/a Martek, a/k/a Martec Industrial Corporation, and
LONGDA TECHNOLOGIES, LTD.,

Defendants.
_____

**ORDER**
_____

The plaintiff and defendant Bitech, Inc., appeared this morning for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1) Written discovery between the plaintiff and Bitech may commence immediately; and

(2) The following limitations apply with respect to the written discovery which may be serve by and between the plaintiff and Bitech: Each may serve no more than 30 interrogatories; 25 requests for production of documents; and 25 requests for admissions, all including discrete subparts.

Dated June 14, 2012.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge