IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00057-CMA-BNB

ALEXI ATENCIO,

Plaintiff,

v.

BITECH, INC., d/b/a Performance Bicycle Shop, Inc., a/k/a Performance Bike Denver a/k/a Performance Bicycle,
MARTEC INDUSTRIAL, INC., a/k/a Martek, a/k/a Martec Industrial Corporation, and
LONGDA TECHNOLOGIES, LTD.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) Plaintiff's **Motion to Compel Discovery Response** [Doc. # 52, filed 12/20/2013] (the "Motion to Compel"); and

(2) Plaintiff's **First Unopposed Motion for Extension of Time Regarding Discovery Cut-Off** [Doc. # 54, filed 12/27/2013] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 52] is GRANTED. On or before February 7, 2014, Longda shall provide full and complete responses to the Plaintiff's First Set of Interrogatories, and Requests for Production of Documents, in conformity with the formalities of the Federal Rules of Civil Procedure. Longda's failure to comply with this order and provide the

discovery as required may result in the imposition of sanctions including, but not limited to, the entry of judgment.

(2)     The plaintiff is granted his reasonable expenses, including attorneys fees, incurred in making the Motion to Compel.  The expenses are awarded against Longda only, and not its counsel.  To facilitate the award of expenses, the parties shall confer.  If the parties are not able to agree on the amount of expenses to be awarded, or if the amount agreed to is not paid in full, the plaintiff shall file on or before February 28, 2014, a fee petition that complies with the requirements of D.C.COLO.LCivR 54.3.

(3)     The Motion for Extension [Doc. # 54] is GRANTED, and the plaintiff may have to and including February 28, 2014, within which to complete his discovery against Longda.

Dated January 31, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge