**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00057-CMA-BNB

ALEXI ATENCIO,

    Plaintiff,

v.

BITECH, INC. d/b/a PERFORMANCE BICYCLE SHOP, INC.,
a/k/a PERFORMANCE BIKE DENVER, a/k/a PERFORMANCE BICYCLE;
MARTEC INDUSTRIAL, INC., a/k/a MARTEK, a/k/a MARTEC INDUSTRIAL
CORPORATION; and
LONGDA TECHNOLOGIES, LTD.,

    Defendants.

**ORDER REGARDING STIPULATION OF DISMISSAL OF
DEFENDANT LONGDA TECHNOLOGIES, LTD.**

This matter is before the Court on the parties' Stipulation for Dismissal as to Defendant Longda Technologies, Ltd. (Doc. # 68).  The Court has reviewed the Stipulation and ORDERS as follows:

All outstanding issues between Plaintiff and Defendant Longda Technologies, Ltd. have been resolved and each party is to pay his or her own costs, attorney fees and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Longda Technologies, Ltd. as a Defendant in this case.

    DATED:  April __18__, 2014

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge