**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00057-CMA-BNB

ALEXI ATENCIO,

      Plaintiff,

v.

BITECH, INC. d/b/a PERFORMANCE BICYCLE SHOP, INC.,
a/k/a PERFORMANCE BIKE DENVER, a/k/a PERFORMANCE BICYCLE; and
MARTEC INDUSTRIAL, INC., a/k/a MARTEK, a/k/a MARTEC INDUSTRIAL
CORPORATION;

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with and the Stipulated Motion for Dismissal With

Prejudice (Doc. # 86), signed by the attorneys for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or its own costs, expenses, and attorney fees.

      DATED:  September __25__, 2014

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Court Judge